# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-1748 <br><br> Honorable Matthew F. Kennelly |
| **THIS DOCUMENT APPLIES TO:** <br> *JAMES LANCASTER, 15-CV-4000* | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all of Plaintiff's claims be dismissed with prejudice.

Dated: April 4, 2018

    Respectfully Submitted,

    */s/ Trent B. Miracle*

    Trent B. Miracle
    Brendan A. Smith
    **SIMMONS HANLY CONROY**
    One Court Street
    Alton, IL 62002
    Telephone: (618) 259-2222
    Facsimile: (618) 259-2251
    tmiracle@simmonsfirm.com
    bsmith@simmonsfirm.com
    *Counsel for Plaintiff*

    */s/ Michelle H. Yeary*
    Michelle H. Yeary
    Dechert LLP
    100 Overlook Center, 2nd Floor
    Princeton, NJ 08540

(609) 955-3277
Michelle.yeary@dechert.com
*Counsel for AbbVie Inc., Abbott Laboratories, AbbVie Products LLC, Unimed Pharmaceuticals, LLC, Besins Healthcare Inc., and Besins Healthcare S.A.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 4, 2018, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically serve and send notice of the electronic filing to all registered attorneys of record.

                                                                      */s/ Brendan A. Smith*